OPINION — AG — ** BOARD OF COUNTY COMMISSIONERS — AUTHORITY — RADIO ** THE BOARDS OF COUNTY COMMISSIONERS IN OKLAHOMA DO 'NOT' HAVE THE AUTHORITY TO LOAN COUNTY — OWNED SHORT WAVE RADIO EQUIPMENT WHICH IS IN THE CARE AND CUSTODY OF THE COUNTY SHERIFF TO THE DEPARTMENT OF PUBLIC SAFETY FOR USE IN OKLAHOMA HIGHWAY PATROL VEHICLES. (REPLACEMENT, CUSTODY, INSTRUCTION) CITE: 19 O.S. 563 [19-563], 19 O.S. 564 [19-564] (SCOTT J. SILVERMAN)